AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

LUIS TOPETE,

    Plaintiff,

V.

MATTHEW LIVERANI, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00615-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice.

  January 25, 2010                                         **LANCE S. WILSON**
                                                                                Clerk

                                                                                /s/ D. R. Morgan
                                                                                Deputy Clerk